𝕬𝖘 𝕌𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙
𝕵𝖔𝖍𝖓 𝕵𝖔𝖘𝖊𝖕𝖍 𝕸𝖔𝖆𝖐𝖑𝖊𝖞 𝕌𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕮𝖔𝖚𝖗𝖙𝖍𝖔𝖚𝖘𝖊
1 𝕮𝖔𝖚𝖗𝖙𝖍𝖔𝖚𝖘𝖊 𝖂𝖆𝖞, 𝕾𝖚𝖎𝖙𝖊 8110
𝕭𝖔𝖘𝖙𝖔𝖓, 𝕸𝖆𝖘𝖘𝖆𝖈𝖍𝖚𝖘𝖊𝖙𝖙𝖘 02210

PATTI B. SARIS
CHIEF JUDGE

April 11, 2019

Re:   Operation Varsity Blues
      MBD No. 19-mc-91134-PBS

Dear Defense Attorneys,

I am writing in response to your letter dated April 9, 2019 regarding the assignment of the case involving your clients. As you know, shortly after you sent the letter, the grand jury superseded the indictment drawn to Judge Gorton by adding sixteen new defendants. I have also received a response from the U.S. Attorney's office in response to your letter.

The court is strongly committed to a random draw of criminal indictments and informations to ensure the integrity and fairness of the administration of justice. Local Rule 40.1(b)(3) provides that every criminal case be categorized and assigned by lot among the district judges in such manner that each district judge shall be assigned as nearly as possible the same number of cases in each category. Your claim that the defendants have been improperly joined must be addressed to the presiding judge. If he severs any defendant(s), the presiding judge has the authority to return the indictment of that defendant for random re-assignment pursuant to local rule.

Thank you for bringing this important matter to the Court's attention.

Sincerely,

Patti B. Saris
Chief Judge

cc:   Attorneys Listed as Signatories
      Andrew Lelling, Esquire